UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stuart Minion, Esq. – ID 039741991
Minion & Sherman
33 Clinton Road
West Caldwell, NJ 07006
(973) 882.2424 (P)
(973.882.0856 (F)
sminion@minionsherman.com
Attorney for Debtor

| | |
|---|---|
| In Re: <br><br> Robert N. Pisillo | Case No.: 17-12658 <br><br> Judge: Gambardella <br><br> Chapter: 13 |

### CHAPTER 13 DEBTOR=S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by Valley National Bank, creditor,

   A hearing has been scheduled for January 17, 2018, at 10:30 a.m.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ , but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

> I recently changed jobs and fell behind, but I am now gainfully employed and can catch up on the arrears and respectfully request a six month period to cure the post-petition arrears

☒ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 12/26/17

Date: 12/26/17

/S/Robert N. Pisillo
Debtor=s Signature

_____
Debtor=s Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*