Case 17-12658-RG    Doc 25    Filed 01/10/18    Entered 01/11/18 00:31:33    Desc Imaged
Certificate of Notice    Page 1 of 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue
Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association



Order Filed on January 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-12658 RG

Adv. No.:

Hearing Date: 9/20/2017 @ 10:30 a.m.

Judge: Rosemary Gambardella

In Re:
  Robert N. Pisillo,

Debtor.

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

  The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: January 8, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Robert N. Pisllo
Case No:  17-12658 RG
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property 2012 TOYOTA RAV4 , VIN:2T3ZF4DV4CW146873, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Stuart D. Minion, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of December 21, 2017 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due July 2017 through December 2017 for a total post-petition default of $2,178.51 (6 @ $367.96; less suspense $29.25); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $2,178.51 will be paid by Debtor remitting $363.09 per month in addition to the regular monthly payment, which additional payments shall begin on January 1, 2018 and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular payments are to resume January 5, 2018, directly to Secured Creditor, Toyota Motor Credit Corporation; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Robert N. Pisillo  
    Debtor

Case No. 17-12658-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 08, 2018  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2018.  
db          +Robert N. Pisillo,    11 Eastbrook Road,     Parsippany, NJ 07054-4050

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                                        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2018 at the address(es) listed below:  
         Denise E. Carlon     on behalf of Creditor     Toyota Motor Credit Corporation  
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         Robert P. Saltzman     on behalf of Creditor     Valley National Bank dnj@pbslaw.org  
         Stuart D. Minion     on behalf of Debtor Robert N. Pisillo sminion@minionsherman.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                TOTAL: 5