UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 084126B

In Re:

Robert N. Pisillo

Order Filed on March 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-12658-RG

Hearing Date: February 7, 2018
Judge: Rosemary Gambardella

Chapter 13

| Recommended Local Form | ☒ Followed | __ Modified |
|---|---|---|

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: March 9, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Valley National Bank |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Stuart D. Minion, Esquire |
| Property Involved ("Collateral"): | 11 Eastbrook Road, Parsippany, NJ 07054 |
| Relief Sought: | ☒ Motion for Relief From the Automatic Stay |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:
    - ☒ The Debtor is overdue for four months, from October 1, 2017 to January 1, 2018.
    - ☒ The Debtor is overdue for four payments at $2,104.73 per month.
    
    Total Arrearages Due $8,418.92.

2. Debtor must cure all post-Petition arrearages as follows:
    - ☒ Beginning on February 1, 2018, regular monthly mortgage payments shall continue to be made in the amount of $2,104.73.
    - ☒ Beginning on February 1, 2018, additional monthly cure payments shall be made in the amount of $1,403.15 for six (6) months.

3. Payments to the Secured Creditor shall be made to the following address(es):
    - ☒ Regular monthly payments and Monthly cure payments:

        Valley National Bank
        1720 Route 23 North
        Wayne, NJ 07470

4. In the event of Default:
    - ☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification

specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

5. Award of Attorney's Fees:

⊠ The Applicant is awarded attorneys fees of $350.00, and costs of $181.00.

The fees and costs are payable:

⊠ through the Chapter 13 Plan.