UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 084126B

In Re:

Robert N. Pisillo

**Order Filed on March 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-12658-RG

Hearing Date: February 7, 2018
Judge: Rosemary Gambardella

Chapter 13

| Recommended Local Form | ☒ Followed | __ Modified |

# ORDER RESOLVING MOTION TO VACATE STAY
# AND/OR MOTION TO DISMISS
# WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: March 9, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Valley National Bank |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Stuart D. Minion, Esquire |
| Property Involved ("Collateral"): | 11 Eastbrook Road, Parsippany, NJ 07054 |
| Relief Sought: | ☒ Motion for Relief From the Automatic Stay |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:
   - ☒ The Debtor is overdue for four months, from October 1, 2017 to January 1, 2018.
   - ☒ The Debtor is overdue for four payments at $2,104.73 per month.
   
   Total Arrearages Due $8,418.92.

2. Debtor must cure all post-Petition arrearages as follows:
   - ☒ Beginning on February 1, 2018, regular monthly mortgage payments shall continue to be made in the amount of $2,104.73.
   - ☒ Beginning on February 1, 2018, additional monthly cure payments shall be made in the amount of $1,403.15 for six (6) months.

3. Payments to the Secured Creditor shall be made to the following address(es):
   - ☒ Regular monthly payments and Monthly cure payments:
   
     Valley National Bank
     1720 Route 23 North
     Wayne, NJ 07470

4. In the event of Default:
   - ☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification

specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

5. Award of Attorney's Fees:

⊠ The Applicant is awarded attorneys fees of $350.00, and costs of $181.00.

The fees and costs are payable:

⊠ through the Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 17-12658-RG
Robert N. Pisillo                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 12, 2018
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2018.
db          +Robert N. Pisillo,    11 Eastbrook Road,    Parsippany, NJ 07054-4050

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2018 at the address(es) listed below:
           Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
            dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Marie-Ann Greenberg    magecf@magtrustee.com
           Robert P. Saltzman    on behalf of Creditor    Valley National Bank dnj@pbslaw.org
           Stuart D. Minion    on behalf of Debtor Robert N. Pisillo sminion@minionsherman.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                         TOTAL: 5