Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 17−12658−RG
> Chapter: 13
> Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert N. Pisillo
   11 Eastbrook Road
   Parsippany, NJ 07054

Social Security No.:
   xxx−xx−0082

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 26, 2017.

On 4/4/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:          May 16, 2018
Time:          09:00 AM
Location:      Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 4, 2018
JAN: dmc

                                                       Jeanne Naughton
                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Robert N. Pisillo
    Debtor

Case No. 17-12658-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Apr 04, 2018
                         Form ID: 185    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2018.
```
db            +Robert N. Pisillo,    11 Eastbrook Road,    Parsippany, NJ 07054-4050
516828156      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516640894     +Chase,    Attn: Correspondence Dept,    Po Box 15298,    Wilmingotn, DE 19850-5298
516640896     +IC Systems, Inc,    444 Highway 96 East,    St Paul, MN 55127-2557
516640897     +Isabelle Pisillo,    31 Josham Lane,    Lake Hiawatha, NJ 07034-1813
516879170      JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
               Rochester, MI  48308-0730
516640899     +SST/Columbus Bank & Trust,    Attn: Bankruptcy Dept,    Po Box 3997,    St Joseph, MO 64503-0997
516640901    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
               Cedar Rapids, IA 52408)
516732746     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516688344      US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
516640902     +Us Dept of Ed/Great Lakes Educational Lo,    2401 International,    Madison, WI 53704-3121
516640903     +Valley National Bank,    1720 Route 23 North,    Wayne, NJ 07470-7524
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 04 2018 22:25:59      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 04 2018 22:25:57      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516640895     +E-mail/PDF: creditonebknotifications@resurgent.com Apr 04 2018 22:26:40      Credit One Bank Na,
               Po Box 98873,    Las Vegas, NV 89193-8873
516640898     +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 04 2018 22:25:46      Kohls/Capital One,
               Po Box 3120,    Milwaukee, WI 53201-3120
516760722      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 04 2018 22:26:40
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516792963     +E-mail/Text: bankruptcydpt@mcmcg.com Apr 04 2018 22:25:57      MIDLAND FUNDING LLC,
               PO BOX 2011,    WARREN, MI 48090-2011
516640900     +E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2018 22:26:38      Synchrony Bank/Walmart,
               Po Box 965064,    Orlando, FL 32896-5064
516872377     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 04 2018 22:26:30      Verizon,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Valley National Bank,   1720 Route 23 North,   Wayne, NJ 07470-7524
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert P. Saltzman    on behalf of Creditor    Valley National Bank dnj@pbslaw.org
              Stuart D. Minion    on behalf of Debtor Robert N. Pisillo sminion@minionsherman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```