Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−12658−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Robert N. Pisillo
11 Eastbrook Road
Parsippany, NJ 07054

Social Security No.:
xxx−xx−0082

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/18/18 at 10:30 AM

to consider and act upon the following:

*42* − Certification in Opposition to (related document:41 Creditor's Certification of Default (related document:22 Motion for Relief from Stay re: 11 Eastbrook Road, Parsippany, NJ 07054. Fee Amount $ 181. filed by Creditor Valley National Bank) filed by Robert P. Saltzman on behalf of Valley National Bank. Objection deadline is 05/30/2018. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Valley National Bank) filed by Stuart D. Minion on behalf of Robert N. Pisillo. (Minion, Stuart)

Dated: 5/31/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Robert N. Pisillo  
    Debtor

Case No. 17-12658-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 31, 2018  
                      Form ID: ntchrgbk     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2018.  
db          +Robert N. Pisillo,    11 Eastbrook Road,    Parsippany, NJ 07054-4050  
cr          +Valley National Bank,    1720 Route 23 North,    Wayne, NJ 07470-7524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2018 at the address(es) listed below:  
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          Robert P. Saltzman    on behalf of Creditor    Valley National Bank dnj@pbslaw.org  
          Stuart D. Minion    on behalf of Debtor Robert N. Pisillo sminion@minionsherman.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                TOTAL: 5