Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  17−12658−RG
                              Chapter:  13
                              Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Robert N. Pisillo
    11 Eastbrook Road
    Parsippany, NJ 07054

Social Security No.:
    xxx−xx−0082

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:       7/18/18
Time:      10:30 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Stuart D. Minion, Debtor's Attorney, period: 2/13/2017 to 6/14/2018,

COMMISSION OR FEES
$1900,

EXPENSES
$0.

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: June 19, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-12658-RG
Robert N. Pisillo                                                       Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jun 19, 2018
                              Form ID: 137             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2018.
```
db              +Robert N. Pisillo,    11 Eastbrook Road,     Parsippany, NJ 07054-4050
516828156        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516640894       +Chase,   Attn: Correspondence Dept,    Po Box 15298,    Wilmingotn, DE 19850-5298
516640896       +IC Systems, Inc,    444 Highway 96 East,    St Paul, MN 55127-2557
516640897       +Isabelle Pisillo,    31 Josham Lane,    Lake Hiawatha, NJ 07034-1813
516879170        JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                  Rochester, MI 48308-0730
516640899       +SST/Columbus Bank & Trust,    Attn: Bankruptcy Dept,    Po Box 3997,    St Joseph, MO 64503-0997
516640901      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Co,     Toyota Financial Services,   Po Box 8026,
                  Cedar Rapids, IA 52408)
516732746       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516688344        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
516640902       +Us Dept of Ed/Great Lakes Educational Lo,    2401 International,    Madison, WI 53704-3121
516640903       +Valley National Bank,    1720 Route 23 North,    Wayne, NJ 07470-7524
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 19 2018 23:56:03      U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 19 2018 23:56:00      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516640895       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 20 2018 00:07:38      Credit One Bank Na,
                  Po Box 98873,    Las Vegas, NV 89193-8873
516640898       +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 19 2018 23:55:12      Kohls/Capital One,
                  Po Box 3120,    Milwaukee, WI 53201-3120
516760722        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2018 00:07:39
                  LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516792963       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 19 2018 23:55:59      MIDLAND FUNDING LLC,
                  PO BOX 2011,    WARREN, MI 48090-2011
516640900       +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2018 00:07:24      Synchrony Bank/Walmart,
                  Po Box 965064,    Orlando, FL 32896-5064
516872377       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 20 2018 00:09:39      Verizon,
                  by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 8

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Valley National Bank,    1720 Route 23 North,    Wayne, NJ 07470-7524
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert P. Saltzman    on behalf of Creditor    Valley National Bank dnj@pbslaw.org
              Stuart D. Minion    on behalf of Debtor Robert N. Pisillo sminion@minionsherman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```