UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stuart Minion, Esq. – ID 039741991
Minion & Sherman
33 Clinton Road
West Caldwell, NJ 07006
(973) 882.2424 (P)
(973.882.0856 (F)
sminion@minionsherman.com
Attorney for Debtor

---

In Re:

Robert N. Pisillo

Case No.:     _17-12658

Judge:        Gambardella

Chapter:      13

## CHAPTER 13 DEBTOR=S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1. ☐ Motion for Relief from the Automatic Stay filed by , creditor,

   A hearing has been scheduled for , at .

   ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for August 15, 2018, at 9:00 a.m.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (**choose one**):

   ☐ Payments have been made in the amount of $ , but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:

I am prepared to make up the shortfall over time and would request spreading out the arrears over three equal monthly payments commencing 9/1/18.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 7/25/18

Date: 7/26/18

/S/Robert N. Pisillo
Debtor=s Signature

_____
Debtor=s Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*