UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 084126B

In Re:

Robert N. Pisillo

Order Filed on August 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-12658-RG

Hearing Date: July 18, 2018
Judge: Rosemary Gambardella

Chapter 13

Recommended Local Form    ☒ Followed    __ Modified

**ORDER RESOLVING CERTIFICATION OF DEFAULT
AND/OR MOTION TO DISMISS
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: August 13, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Valley National Bank |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Stuart D. Minion, Esquire |
| Property Involved ("Collateral"): | 11 Eastbrook Road, Parsippany, NJ 07054 |
| Relief Sought: | ☒ Certification of Default |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:
   - ☒ The Debtor is overdue for two months, from June 1, 2018 to July 1, 2018.
   - ☒ The Debtor is overdue for two payments at $2,104.73 per month.
   - ☒ The Debtor is due for the previous agreed order balance of $8,418.90.
   
   Total Arrearages Due $12,628.30.

2. Debtor must cure all post-Petition arrearages as follows:
   - ☒ Immediate payment shall be made in the amount of $4,000. Payment shall be made no later than July 26, 2018.
   - ☒ An additional payment shall be made in the amount of $4,314.15. Payment shall be made no later than August 26, 2018.
   - ☒ The remaining post-Petition arrears shall be made in the amount of $4,314.15. Payment shall be made no later than September 26, 2018.
   - ☒ Beginning on August 1, 2018, regular monthly mortgage payments shall continue to be made in the amount of $2,104.73.

3. Payments to the Secured Creditor shall be made to the following address(es):
   - ☒ Regular monthly payments:

     Valley National Bank
     1720 Rt. 23 North
     Wayne, NJ 07470

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

5. Award of Attorney's Fees:

☒ The Applicant is awarded attorneys fees of $200.

The fees and costs are payable:

☒ through the Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Robert N. Pisillo  
    Debtor

Case No. 17-12658-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2　　User: admin　　Page 1 of 1　　Date Rcvd: Aug 13, 2018  
　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2018.  
db　　　　　+Robert N. Pisillo,　11 Eastbrook Road,　Parsippany, NJ 07054-4050

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2018 at the address(es) listed below:  
    Denise E. Carlon　　on behalf of Creditor　Toyota Motor Credit Corporation  
     dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Marie-Ann Greenberg　　magecf@magtrustee.com  
    Robert P. Saltzman　　on behalf of Creditor　Valley National Bank dnj@pbslaw.org  
    Stuart D. Minion　　on behalf of Debtor Robert N. Pisillo sminion@minionsherman.com  
    U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5