UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on August 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

ROBERT N. PISILLO

Case No.:  17-12658 RG

Hearing Date:  8/15/2018

## INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 20, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): ROBERT N. PISILLO

Case No.: 17-12658

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 08/15/2018 on notice to STUART D. MINION, ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $1,332.00 to the Trustee's office by 8/31/2018; and it is further

- ORDERED, that the Trustee's Certification of Default will be adjourned to 9/5/2018.