Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−12658−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert N. Pisillo
   11 Eastbrook Road
   Parsippany, NJ 07054

Social Security No.:
   xxx−xx−0082

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/19/18 at 10:30 AM

to consider and act upon the following:

*51* − Application for Compensation for Stuart D. Minion, Debtor's Attorney, period: 2/13/2017 to 6/14/2018, fee: $1900, expenses: $0. Filed by Stuart D. Minion. Hearing scheduled for 7/18/2018 at 10:30 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Proposed Order) (Minion, Stuart)

Dated: 8/22/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court