UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stuart Minion, Esq. – ID#039741991
Minion & Sherman
33 Clinton Road
West Caldwell, New Jersey 07006
(973) 882-2424 (phone)
(973) 882-0856 (fax)
sminion@minionsherman.com
Attorney for Debtor

In Re:
Robert N. Pisillo

**Order Filed on September 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:    17-12658

Chapter:    13

Judge:    Gambardella

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 24, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Stuart Minion, Esq._____, the applicant, is allowed a fee of $ _____1,900_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____$1,900_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*