Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−12658−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert N. Pisillo
   11 Eastbrook Road
   Parsippany, NJ 07054

Social Security No.:
   xxx−xx−0082

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/17/19 at 10:00 AM

to consider and act upon the following:

*83* − Certification in Opposition to (related document:82 Creditor's Certification of Default (related document:22 Motion for Relief from Stay re: 11 Eastbrook Road, Parsippany, NJ 07054. Fee Amount $ 181. filed by Creditor Valley National Bank) filed by Robert P. Saltzman on behalf of Valley National Bank. Objection deadline is 06/7/2019. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Valley National Bank) filed by Stuart D. Minion on behalf of Robert N. Pisillo. (Minion, Stuart)

Dated: 6/7/19

                                                    Jeanne Naughton
                                                    Clerk, U.S. Bankruptcy Court