UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stuart Minion, Esq. – ID 039741991
Minion & Sherman
33 Clinton Road
West Caldwell, NJ 07006
(973) 882.2424 (P)
(973.882.0856 (F)
sminion@minionsherman.com
Attorney for Debtor

|  |  |
|---|---|
| In Re: | Case No.:        _17-12658 |
| Robert N. Pisillo | Judge:        Gambardella |
|  | Chapter:                13 |

## CHAPTER 13 DEBTOR=S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.        ☐ Motion for Relief from the Automatic Stay filed by , creditor,

A hearing has been scheduled for , at .

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for , at .

☒ Certification of Default filed by  Marie Ann Greenberg, Esq. – Chapter 13 Trustee,

I am requesting a hearing be scheduled on this matter.

2.        I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ , but have not been accounted for.
Documentation in support is attached.

☒  Payments have not been made for the following reasons and debtor proposes
repayment as follows **(explain your answer)**:

Due to an additional job change, I fell behind in my trustee payments but my income has
stabilized and I will be able to get caught up within 60 days.

☐  Other **(explain your answer)**:

3.      This certification is being made in an effort to resolve the issues raised in the certification
        of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: 7/26/19

Date: _____7/26/19_____

                                                    /S/Robert N. Pisillo
                                                    Debtor=s Signature

                                                    _____
                                                    Debtor=s Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
        13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
        opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to
        Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
        Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
        Default.

*rev.8/1/15*