Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−12658−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Robert N. Pisillo
  11 Eastbrook Road
  Parsippany, NJ 07054

Social Security No.:
  xxx−xx−0082

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/18/19 at 10:00 AM

to consider and act upon the following:

*92* – Document re: Letter Requesting to have the Creditor's Certification of Default Hearing Re−listed (related document:82 Creditor's Certification of Default filed by Creditor Valley National Bank) filed by Stuart H. West on behalf of Valley National Bank. (West, Stuart)

Dated: 8/22/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court