# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−12658−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert N. Pisillo
   11 Eastbrook Road
   Parsippany, NJ 07054

Social Security No.:
   xxx−xx−0082

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/18/19 at 10:00 AM

to consider and act upon the following:

*92* − Document re: Letter Requesting to have the Creditor's Certification of Default Hearing Re−listed (related document:82 Creditor's Certification of Default filed by Creditor Valley National Bank) filed by Stuart H. West on behalf of Valley National Bank. (West, Stuart)

Dated: 8/22/19

                                    Jeanne Naughton
                                    Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Robert N. Pisillo  
    Debtor  

Case No. 17-12658-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Aug 22, 2019  
                        Form ID: ntchrgbk   Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.
```
db         +Robert N. Pisillo,    11 Eastbrook Road,    Parsippany, NJ 07054-4050
cr         +JPMORGAN CHASE BANK, N.A.,    700 Kansas Ln, Mail Code LA4-5555,    Monroe, LA 71203-4774
cr         +Valley National Bank,    1720 Route 23 North,    Wayne, NJ 07470-7533
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2019 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Robert P. Saltzman    on behalf of Creditor    Valley National Bank dnj@pbslaw.org
          Stuart D. Minion    on behalf of Debtor Robert N. Pisillo sminion@minionsherman.com
          Stuart H. West    on behalf of Creditor    Valley National Bank swest@pbslaw.org
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```