Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−12658−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Robert N. Pisillo
  11 Eastbrook Road
  Parsippany, NJ 07054

Social Security No.:
  xxx−xx−0082

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/6/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 9, 2019
JAN: slm

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 17-12658-RG
   Robert N. Pisillo                                          Chapter 13
           Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0312-2        User: admin               Page 1 of 2        Date Rcvd: Sep 09, 2019
                            Form ID: 148              Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2019.
db             +Robert N. Pisillo,    11 Eastbrook Road,   Parsippany, NJ 07054-4050
cr             +JPMORGAN CHASE BANK, N.A.,    700 Kansas Ln, Mail Code LA4-5555,    Monroe, LA 71203-4774
517755325       Chase,    Attn: HE Payment Processing,    Mail Code OH4-7164,    3415 Vision Drive,
                 Columbus, OH 43219-6009
516879170       Chase Bank, N.A.,    Attn: HE Payment Processing,   Mail Code OH4-7164,    3415 Vision Drive,
                 Columbus, OH 43219-6009
516640897      +Isabelle Pisillo,    31 Josham Lane,   Lake Hiawatha, NJ 07034-1813
516640899      +SST/Columbus Bank & Trust,    Attn: Bankruptcy Dept,   Po Box 3997,    St Joseph, MO 64503-0997
516732746      +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
516688344       US DEPT OF EDUCATION,    CLAIMS FILING UNIT,   PO BOX 8973,    MADISON WI 53708-8973
516640902      +Us Dept of Ed/Great Lakes Educational Lo,    2401 International,    Madison, WI 53704-3121
516640903      +Valley National Bank,    1720 Route 23 North,   Wayne, NJ 07470-7533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2019 00:07:50      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2019 00:07:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516828156       EDI: BL-BECKET.COM Sep 10 2019 03:23:00      Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
516640894      +EDI: CHASE.COM Sep 10 2019 03:23:00      Chase,   Attn: Correspondence Dept,    Po Box 15298,
                 Wilmingotn, DE 19850-5298
516640895      +EDI: RCSFNBMARIN.COM Sep 10 2019 03:23:00      Credit One Bank Na,   Po Box 98873,
                 Las Vegas, NV 89193-8873
516640896      +EDI: IIC9.COM Sep 10 2019 03:23:00      IC Systems, Inc,   444 Highway 96 East,
                 St Paul, MN 55127-2557
516640898      +E-mail/Text: bncnotices@becket-lee.com Sep 10 2019 00:06:41      Kohls/Capital One,
                 Po Box 3120,   Milwaukee, WI 53201-3120
516760722       EDI: RESURGENT.COM Sep 10 2019 03:23:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,   Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516792963      +EDI: MID8.COM Sep 10 2019 03:23:00      MIDLAND FUNDING LLC,   PO BOX 2011,
                 WARREN, MI 48090-2011
516640900      +EDI: RMSC.COM Sep 10 2019 03:23:00      Synchrony Bank/Walmart,   Po Box 965064,
                 Orlando, FL 32896-5064
516640901       EDI: TFSR.COM Sep 10 2019 03:23:00      Toyota Motor Credit Co,   Toyota Financial Services,
                 Po Box 8026,   Cedar Rapids, IA 52408
516872377      +EDI: AIS.COM Sep 10 2019 03:23:00      Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Valley National Bank,    1720 Route 23 North,   Wayne, NJ 07470-7533
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert P. Saltzman    on behalf of Creditor    Valley National Bank dnj@pbslaw.org
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Sep 09, 2019
                              Form ID: 148             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Stuart D. Minion   on behalf of Debtor Robert N. Pisillo sminion@minionsherman.com
          Stuart H. West   on behalf of Creditor   Valley National Bank swest@pbslaw.org
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                             TOTAL: 6